UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AMANDA JOHNSON,

        Plaintiff,

   v.

Case No. 21-cv-0349-bhl

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security Administration,

        Defendant.

---

## ORDER

---

On October 8, 2021, the Court remanded this case to the Commissioner of Social Security, pursuant to the parties' joint motion. (ECF Nos. 18, 19.) On November 15, 2021, the parties filed a stipulated motion requesting an award of plaintiff's attorney fees in the amount of $2,150.12 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. (ECF No. 21.) In light of the parties' agreement, and because the Court finds that the fees incurred are both reasonable and necessary and qualify under the EAJA,

IT IS HEREBY ORDERED that the stipulated motion for an award of attorney's fees (ECF No. 21) is GRANTED; an award of attorney's fees in the sum of $2,150.12 shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have in this matter pursuant to the EAJA. These fees are awarded to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the parties verify that Plaintiff owes no pre-existing debt subject to offset, then Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

Dated at Milwaukee, Wisconsin this 16th day of November, 2021.

                                    s/ *Brett H. Ludwig*
                                    BRETT H. LUDWIG
                                    United States District Judge